# EXHIBIT A

COMPEX
Notice Processing Center
P.O. Box 3826
Suwanee, GA 30024

Marcelo Mato
[redacted]
Indio, CA [redacted]

**Notice of Data Breach**

August 30, 2024

Dear Marcelo Mato:

Compex Legal Services Inc. ("Compex" or "We") writes to inform you of an incident that may affect some of your information. This letter provides details of the incident, our response, and resources available to help protect your information should you feel it is appropriate to do so.

**Who is Compex and Why Did They Have My Information?** Compex provides medical record retrieval services for law firms and insurance carriers. Compex was in possession of your information in connection with a past or present insurance claim or litigation.

**What Happened.** On April 17, 2024, Compex discovered suspicious activity on its network and promptly launched an investigation, with the assistance of third-party cybersecurity specialists, to determine the nature and scope of this activity. The investigation determined that our network was subject to unauthorized access beginning on April 9, 2024, and that certain files were acquired by an unknown actor while on the network. In response, we undertook a comprehensive review of the data determined to be at risk to assess the type of information at issue and to whom that information relates. On August 15, 2024, Compex completed this review and determined information related to you could be affected.

**What Information Was Involved.** The information that could have been impacted by this event includes your: name, date of birth, financial account information, *medical record number*, Social Security number, medical information, credit card information, and security code.

**Are Doing.** We take the security of information in our care very seriously. Upon learning of the incident, we kly to investigate, and notify our business partners and potentially affected individuals. We also reported the w enforcement and implemented additional safeguards related to data privacy and security.

an abundance of caution, we are offering you access to credit monitoring and identity restoration services 12 months through *CyEx Identity Defense* at no cost to you. The deadline to enroll in these services is December 3, 2024. A description of services and instructions on how to enroll can be found within the enclosed *Steps You Can Take to Help Protect Your Information*. Please note that you must complete the enrollment process yourself as we are not permitted to enroll you in these services.